Clyde Sherman **BURKHART**, Appellant,

v.

**STATE of Missouri, Respondent.**

**No. WD 34124.**

Missouri Court of Appeals, Western District.

Jan. 31, 1984.

James W. Fletcher, Public Defender, Sean D. O'Brien, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SOMERVILLE, P.J., and NUGENT and LOWENSTEIN, JJ.

## ORDER

PER CURIAM.

This is a direct appeal from denial of post conviction relief under a second Rule 27.26 motion.

Judgment affirmed. All concur.

Rule 84.16(b).